UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

CASE NO.: _____

KHALID EL HARIZI

        Plaintiff,

v.

CLAUDIA PARDINAS-OCANA

        Defendant.
_____/

## REQUEST FOR IMMEDIATE ISSUANCE OF SHOW CAUSE ORDER

Plaintiff, Khalid El Harizi, by and through his undersigned attorneys, hereby files this Request for Immediate Issuance of Show Cause Order and in support thereof states as follows:

1. Plaintiff has filed a Verified Complaint for Issuance of Show Cause Order and For Return of Child to Italy.

2. Plaintiff respectfully asks this Honorable Court to expedite its consideration of this request for the immediate issuance of a Show Cause Order, as good cause has been shown in the Verified Complaint, pursuant to 28 U.S.C. §1657 – Priority of Civil Actions.[1] Moreover, the Hague Convention on the Civil Aspects of International Child Abduction requires the signatories of the treaty to act expeditiously in proceedings for the return of children and contains an aspirational goal for the Court to reach a decision within six weeks from the date of commencement of proceedings. *See*

---

[1] In pertinent part, 28 U.S.C. §1657 – Priority of Civil Actions, states that "each court of the United States shall determine the order in which civil actions are heard and determined, except that the court shall expedite the consideration of… any other action if good cause therefor is shown…"

Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980, Article 11.

3.  It is therefore requested that this Court immediately issue a Show Cause Order prohibiting the removal of the child from the jurisdiction of this Court and commanding Ms. Pardinas-Ocana to appear in this Court to show cause why the minor child has been removed from Italy and retained in the United States and why she has acted in violation of the Convention.

Respectfully Submitted,

*[signature: Stephen J. Cullen]*

Stephen J. Cullen, Esquire
Bar No: 439872
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
*Attorneys for Plaintiff*

*[signature: Rachel T. McGuckian]*

Rachel T. McGuckian, Esquire
Bar No.: 475548
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600
(301) 762-0363 (fax)
rmcguckian@milesstockbridge.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

CASE NO.: _____

KHALID EL HARIZI

        Plaintiff,

v.

CLAUDIA PARDINAS-OCANA

        Defendant.
_____/

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

Before the court is the Verified Complaint for Issuance of Show Cause Order and For Return of Child to Italy. This Order addresses only the Plaintiff's request for a Show Cause Order and makes no determination as to the merits of the Verified Complaint. Upon considering the Verified Complaint, the Convention and ICARA, it is this ____ day of _____, _____, **ORDERED:**

    1.    That Claudia Pardinas-Ocana, is prohibited from removing the child, Valentina Aicha Blanca El Harizi, or causing Valentina Aicha Blanca El Harizi to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Petition.

    2.    That Claudia Pardinas-Ocana, shall appear before this Court on the _____ day of _____, _____, at _____ a.m./p.m. in Courtroom _____ of the _____with any and all passports and travel documents for the minor child and the Defendant, for an initial

1

hearing so that a date may be set for an expedited hearing on the merits of the Verified Complaint. The Defendant may appear with or without counsel.

    3.    That if the Defendant either fails to appear on the _____ day of _____, _____ at _____ a.m./p.m. with the aforementioned passports and travel documents, or removes Valentina Aicha Blanca El Harizi or causes her to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Defendant and appearance for a contempt hearing.

    4.    That a copy of this Order, a copy of the Verified Complaint for Issuance of Show Cause Order and For Return of Child to Italy, together with all attachments, shall be served forthwith upon the Defendant by the Untied States Marshal.

Dated: _____        _____
                                               United States Judge
                                               United States District Court for the
                                               District of the District of Columbia