UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

KHALID EL HARIZI

        Plaintiff,              CASE NO.: 06cv2204 (RJL)

v.

CLAUDIA PARDINAS-OCANA

        Defendant.

_____/

### AFFIDAVIT OF SERVICE

I, Jeffrey M. Geller, being duly sworn, depose and say as follows:

1. I am over the age of eighteen, I am competent to testify and I have personal knowledge of the facts set forth in this Affidavit.

2. I am employed as an attorney at Miles & Stockbridge P.C., One W. Pennsylvania Ave., Suite 900, Towson, Maryland 21204.

3. On today's date, pursuant to the Court's Order granting Plaintiff's Emergency Motion for Alternative Service, I served the following documents on Defendant:

    a. Summons;
    b. Verified Complaint for Issuance of Show Cause Order and Return of Child to Italy;
    c. Civil Cover Sheet;
    d. Request for Immediate Issuance of Show Cause Order;
    e. Emergency Motion for Alternative Service; and
    f. Order Granting Motion for Alternative Service.

4. I served the above-listed papers on Defendant via Federal Express to her work address: Europe and Central Asia Practice Group; Room MC5-433; The World Bank; 1818 H Street N.W. Washington D.C. 20433; 2) e-mail to cpardinasocana@worldbank.org; and 3) first class mail to her said work address.

2

    5.      My e-mail to Defendant is attached, along with verification that the e-mail was opened. *See* Exhibit A.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.**

<u>  1/26/07  </u>                              <u>/s/ Jeffrey M. Geller</u>
Date                                         Jeffrey M. Geller

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January, 2007, a copy of the foregoing **AFFIDAVIT OF SERVICE** was mailed, first-class, postage prepaid to:

    Claudia Pardinas-Ocana, Senior Counsel
    Europe and Central Asia Practice Group
    The World Bank
    Room MC5-433
    1818 H Street N.W.
    Washington D.C. 20433

                                        _____
                                        Stephen J. Cullen

# EXHIBIT

# A

### Geller, Jeffrey M.

| | |
|---|---|
| **From:** | Geller, Jeffrey M. |
| **Sent:** | Friday, January 26, 2007 4:07 PM |
| **To:** | 'cpardinasocana@worldbank.org' |
| **Subject:** | El Harizi v. Pardinas-Ocana |
| **Attachments:** | Cover Letter.pdf; Order.Granting.Alternative.Service.pdf; Civil Cover Sheet.pdf; Request for Show Cause.pdf; Verified Complaint.pdf; Summons.pdf; Emergency Motion for Alternative Service.4.pdf |

**Jeffrey M. Geller, Esquire**
410.823.8109
jgeller@milesstockbridge.com

January 26, 2007

**VIA E-MAIL: cpardinasocana@worldbank.org,**
**FEDERAL EXPRESS, OVERNIGHT MAIL,**
**AND FIRST CLASS MAIL, POSTAGE PREPAID**

Claudia Pardinas-Ocana, Senior Counsel
Europe and Central Asia Practice Group
The World Bank
Room MC5-433
1818 H Street N.W.
Washington D.C. 20433

   Re:    El Harizi v. Pardinas-Ocana
           Case No. 06cv2204 (RJL)

Dear Ms. Pardinas-Ocana:

Pursuant to the Order of the Honorable Richard J. Leon granting Plaintiff's Emergency Motion for Alternative Service, you have now been served. Attached hereto please find the following:

    1)    Summons;
    2)    Verified Complaint for Issuance of Show Cause Order and Return of Child to Italy;
    3)    Civil Cover Sheet;
    4)    Request for Immediate Issuance of Show Cause Order;
    5)    Emergency Motion for Alternative Service; and
    6)    Order Granting Motion for Alternative Service.

Very truly yours,

/s/

Jeffrey M. Geller

Attachments

## Geller, Jeffrey M.

**From:** DidTheyReadIt.com [no-reply@didtheyreadit.com]
**Sent:** Friday, January 26, 2007 4:08 PM
**To:** Geller, Jeffrey M.
**Subject:** Your message to cpardinasocana@worldbank.org was opened



1/26/2007