A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Khalid El Harizi

       Plaintiff(s)     )    **APPEARANCE**

       vs.     )    CASE NUMBER   06cv2204 (RJL)

Claudia Pardinas-Ocana

       Defendant(s)


To the Clerk of this court and all parties of record:

Please enter the appearance of   Faith D. Dornbrand   as counsel in this
          (Attorney's Name)

case for:   Claudia Pardinas-Ocana
          (Name of party or parties)

February 6, 2007                      *[signature]*
Date                                  Signature
                                      Faith D. Dornbrand
                                      Print Name

D.C. Bar# 321851                      7735 Old Georgetown Road, Suite 1100
BAR IDENTIFICATION                    Address

                                      Bethesda, MD   20814
                                      City     State     Zip Code

                                      301-656-8850
                                      Phone Number

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 6, 2007, I served a copy of the foregoing Notice of Appearance by first class mail, postage prepaid, and by facsimile on counsel for Plaintiff:

Stephen J. Cullen, Esq.
Miles & Stockbridge, P.C.
One West Pennsylvania Avenue
Suite 900
Towson, MD   21204

_____
Faith D. Dornbrand