UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHALID HARIZI | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06 cv 2204 |
| | ) | (RJL) |
| v. | ) | |
| | ) | |
| CLAUDIA PARDINAS-OCANA | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel on behalf of Defendant Claudia Pardinas-Ocana.

I certify that I am admitted to practice before this Court.

Dated: 2/09/07                    _____/s/_____
                                  Randell C. Ogg (Bar No. 324772)
                                  1150 Connecticut Avenue, NW
                                  Suite 900
                                  Washington, DC 20036
                                  Tel: (202) 862-4323
                                  Fax: (202) 828-4130
                                  Email: rogg@bode.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served in accordance with the electronic filing requirements of this Court.

*Randell C. Ogg* /s/
Randell C. Ogg