# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

KHALID EL HARIZI

                Plaintiff,                    CASE NO.: 06cv2204 (RJL)

v.

CLAUDIA PARDINAS-OCANA

                Defendant.

_____/

## EMERGENCY MOTION FOR LEAVE TO AMEND
## COMPLAINT AND MOTION TO TRANSFER VENUE

Plaintiff, Khalid El Harizi, by and through his undersigned attorneys, hereby moves to amend his Complaint and transfer the venue of the instant proceedings to the United States District Court for the District of Maryland. In support of this Motion, Plaintiff has submitted a Memorandum of Law, which is incorporated herein by reference. A proposed order has been submitted for the Court's consideration.

WHEREFORE, for the foregoing reasons, Plaintiff, Khalid El Harizi requests that this Court enter an Order:

A.      Granting the instant Motion on an emergency basis;

B.      Granting Plaintiff leave to amend his Complaint;

C.      Transferring the above-captioned matter to the United States District Court for the District of Maryland;

D.      Barring removal of the parties' minor child from Maryland and the District of Columbia pending a ruling by the Maryland Court;

E.      Instructing the Clerk of the Court to transfer the file in the above-captioned matter to the

F.     Granting such other and further relief that the Court may deem necessary and just.


Respectfully Submitted,


_____/s/_____
Stephen J. Cullen, Esquire
Bar No: 439872
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com

*Attorneys for Plaintiff*


_____/s/_____
Rachel T. McGuckian, Esquire
Bar No.: 475548
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600
(301) 762-0363 (fax)
rmcguckian@milesstockbridge.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

KHALID EL HARIZI

                   Plaintiff,                  CASE NO.: 06cv2204 (RJL)

v.

CLAUDIA PARDINAS-OCANA

                   Defendant.

_____/

## ORDER

Upon consideration of the Emergency Motion for Leave to Amend Complaint and Motion to Transfer filed by Plaintiff, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, ORDERED:

1.     That the Emergency Motion For Leave to Amend Complaint and Motion to Transfer be, and hereby is, GRANTED;

2.     That this case be transferred to the United States District Court for the District of Maryland forthwith;

3.     That the parties' minor child may not be removed from the District of Columbia and Maryland pending a ruling by the Maryland court.

4.     That the clerk transmit the case file to the clerk of the United States District Court for the District of Maryland forthwith;  and

5.     That Plaintiff refile his Complaint in the United States District Court for the District of Maryland within seven (7) days of the transfer of this case.

_____
Honorable Richard J. Leon
United States District Court for the District of Columbia