## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

KHALID EL HARIZI

        Plaintiff,                          CASE NO.: 06cv2204 (RJL)

v.

CLAUDIA PARDINAS-OCANA

        Defendant.

_____/

## CONSENTED TO MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Plaintiff, Khalid El Harizi, by and through his undersigned attorneys, hereby submits this Consented to Motion for Continuance of Status Conference in the above-captioned matter. In support of this Motion, Plaintiff states as follows:

1. The Status Conference in this matter has been set for Tuesday, March 13, 2007 at 3:00 p.m. before the Honorable Richard J. Leon.

2. Attorney for the Plaintiff will be out of town on a previously-scheduled vacation on March 13, 2007 and will therefore be unable to attend the Status Conference.

3. On March 1, 2007, the undersigned's assistant contacted Faith Dornbrand, Esquire, attorney for the Defendant seeking her consent to a continuance of the Status Conference.

4. Attorney Dornbrand consented offered alternative dates for the rescheduled Status Conference. They are as follows: (a) Monday, April 2, 2007 (anytime that day); (b) Friday, April 6, 2007 (anytime after 1:00 p.m.); and (c) Friday, April 13, 2007 (anytime after 1:00 p.m.).

**WHEREFORE**, the Plaintiff, Khalid El Harizi, respectfully requests the entry of an Order granting the Motion for Continuance.

Respectfully Submitted,

/s/
Stephen J. Cullen, Esquire
Bar No: 439872
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com

*Attorneys for Plaintiff*

/s/
Rachel T. McGuckian, Esquire
Bar No.: 475548
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600
(301) 762-0363 (fax)
rmcguckian@milesstockbridge.com

*Attorneys for Plaintiff*