UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KHALID EL HARIZI

        Plaintiff,               CASE NO.: 06cv2204 (RJL)

v.

CLAUDIA PARDINAS-OCANA

        Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff, Khalid El Harizi ("Mr. Harizi"), by and through his undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1), files this first Notice of Voluntary Dismissal.  No Answer or Motion for Summary Judgment has been filed to date.

    Respectfully Submitted,

    _____/s/_____
Stephen J. Cullen, Esquire
Bar No: 439872
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com

*Attorneys for Plaintiff*

    _____/s/_____
Rachel T. McGuckian, Esquire
Bar No.: 475548
Miles & Stockbridge P.C.

        11 North Washington Street, Suite 700
        Rockville, Maryland 20850
        (301) 762-1600
        (301) 762-0363 (fax)
        rmcguckian@milesstockbridge.com

*Attorneys for Plaintiff*